# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

148904

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LENARD A. KOZMA d/b/a LENARD A.
KOZMA CONSTRUCTION,
      Plaintiff-Appellant,

v

                                    SC: 148904
                                    COA: 311258

CHELSEA LUMBER COMPANY, ROBERT
ASHBY, DARRELL WILLIAMS, JEFF EDER,
JASON ADKINS, JASON JANESKI, and
CREEKSIDE CONSTRUCTION, LLC,
      Defendants-Appellees.

                                    Washtenaw CC: 07-000987-CZ

_____/

     On order of the Court, the application for leave to appeal the December 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



                 Clerk

t0721